UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ANTHONY CALLENDER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GHILLARDUCI, *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:23-cv-01208 KES EPG (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE<br><br>Doc. 15 |

On August 27, 2024, the Court ordered plaintiff to pay the filing fee in full within 30 days. Doc. 15. Despite the Court's warning that failure to pay as ordered would result in dismissal of the action (*id.* at 2), plaintiff failed to pay the filing fee. Without such payment, the action cannot proceed before the Court at this time. Accordingly, the Court **ORDERS**:

　　1.　　The action is **DISMISSED** without prejudice for failure to pay the filing fee.

　　2.　　All pending motions in this case are terminated; and

　　3.　　The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　　October 1, 2024

　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE